1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re Amie Greenberg

Amie Greenberg,

        Appellant,

v.

Jeff Rubin,

        Appellee.

Case No.  19-cv-02358-AB

ORDER DISMISSING CIVIL ACTION

Bankruptcy No.:   1:17-bk-10825-VK
Adverary No.:       1:17-ap-01061-VK

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 5, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE